1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   RUBI BELAZQUEZ, et al.,                 )      Case No.: C 08-3955 PVT
                                             )
13                  Plaintiffs,              )      **CASE MANAGEMENT CONFERENCE**
                                             )      **ORDER**
14          v.                               )
                                             )
15   MUCHO CELLULAR, LLC., et al.,           )
                                             )
16                  Defendants.              )
     _____ )

17

18          On July 7, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a

19   Case Management Conference.  Based on the parties' Joint Case Management Statement, and the

20   discussions held at the Case Management Conference,

21          IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual

22   and legal issues as set forth in the Case Management Conference Statement.

23          IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other

24   amendments to the pleadings, is sixty days after entry of this order.

25          IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal

26   Rules of Civil Procedure apply to this case.

27          IT IS FURTHER ORDERED that the parties shall file any motions for full or partial

28   summary judgment no later than August 18, 2009, for hearing no later than September 22, 2009.

1      IT IS FURTHER ORDERED that the remainder of the Case Management Conference is

2   CONTINUED to 2:00 p.m. on October 6, 2009.

3   Dated: *7/8/09*

4                                                  *Patricia V. Trumbull*
                                                   PATRICIA V. TRUMBULL
5                                                  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*