UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RUBI VELAZQUEZ, et al., | ) | Case No.: C 08-3955 PVT |
| Plaintiffs, | ) | |
| | ) | **ORDER TO DEFENDANTS TO SHOW CAUSE, IF ANY, WHY PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT SHOULD NOT BE GRANTED IN ITS ENTIRETY; AND** |
| v. | ) | |
| | ) | |
| MUCHO CELLULAR, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | **ORDER VACATING HEARING** |
| _____ | ) | |

On August 4, 2009, Plaintiff filed a motion for partial summary judgment. The hearing was continued to November 24, 2009. Defendants have not opposed the motion. Despite not opposing Plaintiff's motion, which includes requests for partial summary judgment as to the number of hours worked and the amounts of overtime pay Defendants still owe to Plaintiff, on November 17, 2009, Defendants filed the parties' further joint case management conference statement claiming that there are disputed facts as to the number of hours worked by Plaintiff and whether she was properly paid for all overtime she worked. Based on Plaintiff's motion and the file herein,

IT IS HEREBY ORDERED that, no later than December 1, 2009, Defendants shall file a declaration showing cause, if any, why Plaintiff's motion should not be granted in its entirety based solely on the moving papers.

IT IS FURTHER ORDERED that the hearing on Plaintiff's motion for partial summary judgment is VACATED.

Dated: *11/18/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*