UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUBI VELAZQUEZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MUCHO CELLULAR, LLC., et al.,<br><br>        Defendants. | Case No.: C 08-3955 PVT<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ANSWER FOR FAILURE TO OBEY THE COURT ORDER; AND**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On February 20, 2010, Plaintiff filed a Motion to Strike Defendants' Answer for Failure to Obey the Court Order (the "Motion to Strike"). No opposition was filed. However, it is not entirely clear from the record whether any copy of the motion was actually served on Defendants.[1] Having reviewed the moving papers and the file herein, the court finds it appropriate to issue this order without oral argument. Therefore, based on the moving papers and the file herein,

IT IS HEREBY ORDERED that, within 3 business days after this order is filed, Defense counsel shall file a proof of service showing when he forwarded a copy of Plaintiff's Motion to

---

[1] On December 15, 1009, the court issued an order conditionally granting Defense counsel's motion to withdraw as counsel in which it directed Defense counsel to continue to accept service for forwarding purposes until the Defendants appear by other counsel or, in the case of the individual Defendant, *pro se*. The court ordered the Defendants to enter such appearances no later than January 15, 2010. No such appearances were filed, however. While the court expects that Defense counsel is still forwarding copies of all filed documents to Defendants, such forwarded service is not reflected on the record.

1  Strike on his former clients, and certifying that he has also forwarded this order to them.
2      IT IS FURTHER ORDERED that, no later than April 30, 2010, Defendants shall show cause,
3  if any, why Plaintiff's Motion to Strike should not be granted, their answer stricken, default entered,
4  and a default judgment issued against them in this matter.  Absent further order of the court,
5  Plaintiff's Motion to Strike will be deemed submitted on the papers at that time.
6      IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to
7  2:00 p.m. on May 18, 2010.
8  Dated: *4/12/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge