ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 844-4010
Fax:  (408) 416-0248

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBI VELASQUEZ,<br><br>            Plaintiff,<br><br>       vs.<br><br>MUCHO CELLULAR LLC, et. al.,<br><br>            Defendants | Case No.: C08-3955 PVT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT |

    Plaintiff hereby moves this Court for a one-week continue of the deadline to file the motion for default judgment as follows:

    1.    On May 28, 2010, this Court granted Plaintiff's Motion to Strike Defendants Answer, and entered default against Defendants.  The Court set the deadline for Plaintiff to file motion for default judgment no later than June 29, 2010. <u>See Docket No.  50</u>.

    2.    As of this date, Plaintiff has drafted all necessary moving papers for the motion for default judgment, except the Spanish translation of the declaration of Plaintiff who speaks Spanish only.  As the English and Spanish translation is required for Plaintiff's declaration, *See Jack v. Trans World Airlines*, 854 F.Supp. at 659, Plaintiff respectfully requests that Court continue the deadline to file motion for default judgment for one week from June 29, 2010 to Jult 6, 2010, by which time the Spanish translation of Plaintiff's declaration should be ready.

    I declare under the penalty of perjury under the laws of the United States the foregoing is true and accurate.

Dated: June 29, 2010                  By:   /s/ Adam Wang_____
                                                   Adam Wang
                                                   Attorney for Plaintiff

1
2                                        ORDER
3        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff's motion is
4  GRANTED.  Plaintiff shall file her motion for default judgment on or before July 6, 2010.
5  Dated:  June  30, 2010                    By: /s/ Patricia V. Trumbull
                                                 Patricia V. Trumbull
6                                                US Magistrate Judge

---

**PLAINTIFF'S MOTION TO CONTINUE THE DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**
Velasquez  v. Mucho Cellular LLC., et al         2                    Case No.: C08-3955 PVT