UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUBI VELAZQUEZ, ) | Case No.: C 08-3955 PVT |
| ) Plaintiff, ) | **ORDER TAKING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. ) | |
| MUCHO CELLULAR, LLC., et al., ) | |
| ) Defendants. ) | |

Currently set for hearing on August 31, 2010 are Plaintiff's motion for default judgment and Plaintiff's motion for attorneys fees. Based on the papers submitted and the file herein,

IT IS HEREBY ORDERED that Plaintiff's motion for default judgment and Plaintiff's motion for attorneys fees are taken under submission without oral argument.

Dated: *8/31/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*